CONNOR W. OLSON (SB #291493)
connor@cwo-law.com
Law Offices of Connor W. Olson
520 Capitol Mall, Suite 150
Sacramento, CA 95814
Telephone: (916) 905-7276
Facsimile: (888) 759-7383

Attorney for Plaintiff
MELISSA PENNEL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA PENNEL,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN ADDICTION CENTERS, INC., a Nevada Corporation, AAC HOLDINGS, INC., a Nevada Corporation, MICHAEL NANKO, an individual, and DOES 1 through 24, inclusive,<br><br>Defendants. | CASE NO.: 2:20-CV-00284-JAM-KJN<br><br>**ORDER GRANTING PLAINTIFF'S NOTICE OF DISMISSAL**<br><br>**FED. R. CIV. P. 41(a)(1)** |

Upon consideration of Plaintiff's Notice of Dismissal made pursuant to Federal Rules Federal Rules of Civil Procedure, Rule 41(a)(1), the Court has determined that the Motion to voluntarily dismiss Defendant Michael Nanko should be, and hereby is, GRANTED and Michael Nanko is dismissed as a Defendant.

Dated: 3/4/2020

/s/ John A. Mendez
Judge John A. Mendez
United States District Court Judge