CONNOR W. OLSON (SB #291493)
connor@cwo-law.com
Law Offices of Connor W. Olson
520 Capitol Mall, Suite 150
Sacramento, CA 95814
Telephone:  (916) 905-7276
Facsimile:   (888) 759-7383

Attorney for Plaintiff
MELISSA PENNEL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA PENNEL,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN ADDICTION CENTERS, INC., a Nevada Corporation, AAC HOLDINGS, INC., a Nevada Corporation, and DOES 1 through 24, inclusive,<br><br>Defendants. | CASE NO.: 2:20-CV-00284-JAM-KJN<br><br>**ORDER RE PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL UNDER RULE 41**<br><br>**ORDER DIRECTING CLERK TO CLOSE FILE** |

On December 10, 2021, Plaintiff Melissa Pennel filed a notice of voluntary dismissal of this case.  (ECF No. 22.)  Plaintiff has a right to voluntarily dismiss this case under Rule 41 of the Federal Rules of Civil Procedure.  In Wilson v. City of San Jose, the Ninth Circuit explained:

> Under Rule 41(a)(1), a plaintiff has an absolute right to voluntarily dismiss his action prior to service by the defendant of an answer or a motion for summary judgment. Concha v. London, 62 F.3d 1493, 1506 (9th Cir. 1995) (citing Hamilton v. Shearson-Lehman American Express, 813 F.2d 1532, 1534 (9th Cir. 1987)). A plaintiff may dismiss his action so long as the plaintiff files a notice of dismissal prior to the defendant's service of an answer or motion for summary judgment. The dismissal is effective on filing and no court order is required. Id. The plaintiff may dismiss some or all of the defendants, or some or all of his claims, through a Rule 41(a)(1) notice. Id.; Pedrina v. Chun, 987 F.2d 608, 609- 10 (9th Cir. 1993). The filing of a notice of voluntary dismissal with the court automatically terminates the action as to the defendants who are the subjects of the notice. Concha, 62 F.2d at 1506. Unless otherwise stated, the dismissal is ordinarily without prejudice to the plaintiff's right to commence another action for the same cause against the

-1-
ORDER

same defendants. Id. (citing McKenzie v. Davenport-Harris Funeral Home, 834 F.2d 930, 934-35 (9th Cir. 1987)). Such a dismissal leaves the parties as though no action had been brought. Id

Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997).

No defendant has filed an answer or motion for summary judgment in this case.  Therefore Plaintiff's notice of dismissal is effective, and this case shall be closed.

Accordingly, IT IS HEREBY ORDERED that:

1.  Plaintiff's notice of dismissal is effective as of the date it was filed;

2.  This case is DISMISSED in its entirety without prejudice;

3.  The Clerk of the Court is DIRECTED to close the file in this case and adjust the docket to reflect voluntarily dismissal of this action pursuant to Rule 41(a).

IT IS SO ORDERED.


DATED:  December 10, 2021                    /s/ John A. Mendez
                                             THE HONORABLE JOHN A. MENDEZ
                                             UNITED STATES DISTRICT COURT JUDGE

ORDER